IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JAMES NEUMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:23-cv-01471 |
| v. | ) | |
| | ) | |
| MARINEMAX EAST, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for MarineMax East, Inc., hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene:

    a. Whether it is publicly traded, and if it is, on which exchange(s):

    **N/A.**

    b. Its parent companies or corporations (if none, state "none"):

    **N/A.**

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

    **N/A.**

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

    **N/A.**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose

citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

**MarineMax East, Inc. is a for-profit Delaware company with its principal place of business in Clearwater, Florida. This Defendant has a parent corporation identified as MarineMax, Inc., a Florida-domiciled publicly traded corporation, which directly owns and controls 100% of the shares of MarineMax East, Inc.**

                                                Respectfully submitted,

                                                /s/ *Casey O. Housley*
Casey O. Housley,        MO #48421
Sanders Warren & Russell LLP
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Telephone:   (913) 234-6100
Facsimile:   (913) 234-6199
c.housley@swrllp.com
***ATTORNEYS FOR DEFENDANT MARINEMAX EAST, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael H. James
James Hutchison & Forth, P.C.
111 West Port Plaza Drive, Suite 505
St. Louis, Missouri 63146
mjames@jameslawpc.com
***ATTORNEYS FOR PLAINTIFF***

                                              /s/ *Casey O. Housley*
Attorney for Defendant